```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 44274
    FLOYD BEAN
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

           Debtor
    SSN XXX-XX-1957

------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 12/01/2004 and was confirmed 04/06/2005.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  43.16% from remaining funds.

    The case was paid in full 08/30/2007.
------------------------------------------------------------------------
                                                 INTEREST      PRINCIPAL
CREDITOR NAME              CLASS     CLAIM AMOUNT    PAID          PAID
------------------------------------------------------------------------
AMERICAN SUZUKI AUTOMOTI  SECURED              .00       .00           .00
OCWEN LOAN SERVICING LLC  CURRENT MORTG        .00       .00           .00
TRIADVANTAGE              SECURED              .00       .00           .00
CAPITAL ONE SERVICES      UNSECURED      NOT FILED       .00           .00
CARSON PIRIE SCOTT        UNSECURED        1605.72       .00        693.06
1ST NATIONAL BANK OF OMA  UNSECURED       10541.80       .00       4550.05
ECAST SETTLEMENT CORP     UNSECURED         598.99       .00        258.54
RESURGENT ACQUISITION LL  UNSECURED OTH   1056.11        .00        455.90
ROBERT J SEMRAD & ASSOC   REIMBURSEMENT      5.20        .00          5.20
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY     2,550.00                 2,550.00
TOM VAUGHN                TRUSTEE                                    487.25
DEBTOR REFUND             REFUND                                        .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                  RECEIPTS            DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE           9,000.00

PRIORITY                                      5.20
SECURED                                        .00
UNSECURED                                 5,957.55
ADMINISTRATIVE                            2,550.00
TRUSTEE COMPENSATION                        487.25
DEBTOR REFUND                                  .00
                  ---------------       ---------------
TOTALS            9,000.00                9,000.00




             PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 44274 FLOYD BEAN
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 11/29/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE